**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 28, 2011**

_____

BK1102627
SAB

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 11-51440 |
| Thomas Martin Bramlish | Chapter 7 |
|  | Judge Caldwell |
| Debtor |  |
|  | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #9) FOR PROPERTY LOCATED AT (8036 IVORY GULL CIRCLE PICKERINGTON , OH 43147)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on March 31, 2011 as document number 9. Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 8036 Ivory Gull Circle Pickerington, OH 43147.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
Bar Registration No.0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Spring Creek Condos - Creditor
c/o Real Property Management
PO Box 61535
Phoenix, AZ 85082-1535
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###